UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHASE MASON,<br><br>           Plaintiff,<br><br>   v.<br><br>SCOTT GARNER, et al.,<br><br>           Defendants. | Case No. 18-cv-07093-EJD (SVK)<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S AUGUST 13, 2019 DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 29 |

Defendant City of Santa Cruz filed a Discovery Letter Brief on August 13, 2019. Dkt. 29. The Court allowed Plaintiff to respond by August 23, 2019. Dkt. 30. As of the date of this Order, no response has been received by Plaintiff. The dispute arises out of discovery demands served in April 2019 and followed by months of meet and confer efforts. Dkt. 29 at 2-3. According to Defendant, Plaintiff's counsel, Mr. Schwartz, while often promising to respond to discovery, also indicated on more than one occasion that he may not be able to continue with representation due to undisclosed medical issues. *Id*. Defendant now seeks an order compelling "objection-free, verified" discovery responses and production of "all . . . responsive" documents by a certain date. Dkt. 29-1.

////

////

////

////

////

////

////

In light of the foregoing information and the record before it, this Court hereby ORDERS Plaintiff to either (1) respond to Defendant's outstanding discovery demands by **Tuesday, September 3, 2019**, or (2) to appear on that date to show cause as to why the Court should not enter Defendant's proposed order. The Order to Show Cause Hearing shall be held at **10:00 a.m.** on **Tuesday, September 3, 2019,** in Courtroom 6 at 280 South 1st Street in San Jose. The parties may appear by telephone.

**SO ORDERED.**

Dated: August 26, 2019

SUSAN VAN KEULEN
United States Magistrate Judge