UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASE MASON,<br><br>      Plaintiff,<br><br>v.<br><br>SCOTT GARNER, et al.,<br><br>      Defendants. | Case No. 18-cv-07093-EJD (SVK)<br><br>**ORDER CONTINUING THE ORDER TO SHOW CAUSE HEARING AND ISSUING TEMPORARY STAY OF PROCEEDINGS** |

The Court is in receipt of Plaintiff's Notice of Debilitation of Counsel ("Plaintiff's Notice"), which appears to have been submitted to the Court on an *ex parte* basis without filing or notice to Defense counsel. As Plaintiff's Notice contains personal information which may be considered confidential, the Court has provided a copy to Defense counsel under separate cover.

Plaintiff's request for an accommodation under the Americans with Disabilities Act ("ADA") from this Court is inappropriate. 42 U.S.C. § 12111(5)(B) (stating that "[t]he term 'employer' does not include the United States"). In light of the circumstances presented, the Court will authorize Plaintiff's Notice as a request for an emergency stay pursuant to Civil L.R. 7-10. Plaintiff's request is GRANTED. The Order to Show Cause hearing currently set for September 3, 2019, is CONTINUED to October 29, 2019, at 10:00 a.m. Parties must submit a status report no later than October 22, 2019. If Plaintiff's current counsel is unable to continue representation in this matter, Plaintiff is directed to file a notice of substitution of counsel no later than October 22, 2019.

**SO ORDERED.**

Dated: August 30, 2019

SUSAN VAN KEULEN
United States Magistrate Judge